Russell Theodore PRESCOTT,
Plaintiff—Appellant,

v.

ARIZONA CORRECTIONS, DEPARTMENT OF; et al., Defendants—Appellees.

No. 04–15803.
D.C. No. CV–03–01433–PCT–PGR.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Feb. 7, 2005.*

Decided Feb. 22, 2005.

Russell Theodore Prescott, St. Johns, AZ, pro se.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

## MEMORANDUM **

Russell Theodore Prescott, an Arizona state prisoner, appeals pro se the district court's dismissal of his 42 U.S.C. § 1983 action alleging that his Eighth Amendment rights were violated when a prison dentist implanted "micro-systems" into his jaw. We have jurisdiction under 28 U.S.C. § 1291. We review de novo dismissals pursuant to 28 U.S.C. § 1915(e)(2). *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998). We affirm.

Prescott's claim that a prison dentist injected a "micro-system" into his jaw that grew into a "baby blue oblong" object and intermittently spewed acid onto his gums, lacks an arguable basis in either law or fact, and is therefore frivolous. *See Martin v. Sias*, 88 F.3d 774, 775 (9th Cir.1996).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.